# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Sandra Duran

                    Plaintiff,

v.

                    Case No.: 1:22−cv−03034

                    Honorable Virginia M. Kendall

Office of the Chief Judge of Cook County Juvenile Temporary Detention Center

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 28, 2025:

      MINUTE entry before the Honorable Virginia M. Kendall. Defendant's Unopposed Motion for extension of time to file Dispositive Motions [67] is granted. Dispositive Motions shall be filed on or before 5/9/2025. Response due by 6/25/2025; Reply due by 7/21/2025. Motion hearing set for 4/29/2025 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.